# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| In Re: | Case No. 17-44596 |
|---|---|
| Charles Benjamin Wills, Jr. | Chapter 13 |
| Debtor(s). | Judge Thomas J. Tucker |

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO PROPERTY KNOWN AS 2007 HARLEY-DAVIDSON FLSTN SOFTAIL DELUXE - VIN 1HD1JD5127Y036101

The Court finding that an Order Granting Stipulation for Continuation of the Automatic Stay was entered on June 13, 2018. The Stipulation stated that the Debtor was to make 6 lump sum payments to bring their post-petition arrearage current as well as ongoing monthly payments. The Stipulation further stated that if the Debtor should fail cure the arrears as stated in the order by October 30th, 2018, the Creditor may submit an Order Granting Relief from the Automatic Stay to the Court, and Relief from the Automatic Stay shall be granted as to Creditor for the 2007 HARLEY-DAVIDSON FLSTN SOFTAIL DELUXE - VIN 1HD1JD5127Y036101, without further notice, motion or hearing. The Debtor has failed to cure the arrearage per the order entered on October 30th, 2018

**IT IS HEREBY ORDERED** that the Motion for Relief from the Automatic Stay as to Movant is hereby granted.

**IT IS FURTHER ORDERED** that the Automatic Stay as to Movant's lien interest in the property 2007 HARLEY-DAVIDSON FLSTN SOFTAIL DELUXE - VIN 1HD1JD5127Y036101 is lifted and Movant is permitted to enforce its security interest and liquidate the property. Any surplus remaining after the sale of the property shall be turned over to the Trustee.

**IT IS FURTHER ORDERED** that this Order shall remain valid notwithstanding conversion of this case to any other chapter under the Bankruptcy Code.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over all matters relating to the enforcement of this order.

**Signed on March 9, 2021**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge